# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AYDA CORDOBA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　　Defendants. | 1:11cv0371 AWI DLB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 2) |

　　　Plaintiff Maria Cordoba ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on March 3, 2011, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and is therefore GRANTED.

　　　IT IS SO ORDERED.

　　Dated:  __March 14, 2011__　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1